Submitted on record and briefs September 17, reversed and remanded for further proceedings November 7, 1990

RICK BIRD,
*Appellant,*

*v.*

Manfred MAASS,
*Respondent.*

(90C-10636; CA A64584)

800 P2d 794

Elaine B. Oliver, and Swaim & Betterton, P.C., Salem, filed the brief for appellant.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Ann Kelley, Assistant Attorney General, Salem, filed the brief for respondent.

Before Buttler, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Plaintiff appeals the dismissal of a writ of *habeas corpus,* arguing that the court erred in dismissing the writ after it had been issued. We reverse and remand for the reasons stated in a similar case involving the same parties. *Bird v. Maass (A64583),* 104 Or App 271, 800 P2d 792 (1990).

Reversed and remanded for further proceedings not inconsistent with this opinion.